# PD-0487&0488-15

PD-0487-15 & PD-0488-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/1/2015 10:58:32 AM
Accepted 5/1/2015 1:19:35 PM
ABEL ACOSTA
CLERK

COURT OF CRIMINAL APPEALS NO. PD_____

COURT OF CRIMINAL APPEALS NO. PD_____

COURT OF APPEALS CASE NO. 01 - 14 - 00513 - CR

COURT OF APPEALS CASE NO. 01 - 14 - 00514 - CR

| | | |
|---|---|---|
| AARON CHARLES BURTON, | ⊥ | IN THE TEXAS COURT OF |
| APPELLANT | ⊥ | CRIMINAL APPEALS, AT |
| V. | ⊥ | AUSTIN, TEXAS |
| THE STATE OF TEXAS, | ⊥ | |
| APPELLEE | ⊥ | |

FILED IN
COURT OF CRIMINAL APPEALS

May 1, 2015

ABEL ACOSTA, CLERK

## COUNSEL'S MOTION FOR AN EXTENSION OF TIME TO 6-18-2015 TO ALLOW APPELLANT TO FILE HIS OWN PRO SE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE TEXAS COURT OF CRIMINAL APPEALS:

Now comes **court appointed** attorney, **TONY ANINAO**, and pursuant to the provisions of Rule 9.3 (b) of the Texas Rules of Appellate Procedure, and files this Motion for an Extension of Time to to **ALLOW THE APPELLANT TO FILE PRO SE OR TO ALLOW APPELLANT TO HIRE ANOTHER ATTORNEY TO FILE** a petition for discretionary review in the foregoing causes and would show the Court the following:

1) The foregoing causes were styled below as **THE STATE OF TEXAS V. AARON CHARLES BURTON** and originated as trial court Cause No. 1330898 (Evading Arrest, 01-14-00513), and Cause No. 133099 (PCS, 01-14-00514) in the 351st District Court of Harris County, Texas;

2) On June 5, 2014 the Appellant was **JURY** convicted of the above offense on pleas of NOT GUILTY, and was judge sentenced on June 6, 1014 to **two concurrent terms** of **30 years (thirty)** in the Institutional Division of the Texas Department of Criminal Justice, and no fine, no fine, having

found two enhancement paragraphs in each indictment to be true;

3) On June 6, 2014 the Appellant perfected timely written notice of appeal;

4) The First Court of Appeals **AFFIRMED** the Appellant's convictions and sentences in an unpublished opinion dated **April 9, 2015,** and no Motion for Rehearing was filed; Appellant was advised in writing of his right to file pro se a petition for discretionary review, or to hire his own attorney to do so;

5) The present deadline for filing the Appellant's Petition for Discretionary Review is **Friday, MAY 8, 2015;**

6) **Due to Appellant's indigency status, lack of schooling and from this court's observation that even some lawyers cannot get a P.D.R. right, a GENEROUS extension of time to allow Appellant to file PRO SE his own P.D.R. OR TO HIRE ANOTHER ATTORNEY TO DO SO, is being requested to JUNE 18, 2015, or to such other date the court allows;**

7) **NO** prior extension for the item in question has been requested, and none have been granted;

Said extension is requested in order to allow Appellant his full right to file his own pro se P.D.R., or to hire another attorney of his own choosing to do so.

**WHEREFORE, PREMISES CONSIDERED, counsel** prays that this Motion in all things be granted, and that an extension and an order extending the time to file the Petition for Discretionary Review in the two causes herein to **JUNE 18, 2015** in this cause, **OR TO SUCH OTHER DATE THE COURT ALLOWS,**

page 2

with notice and a copy of any order sent to Appellant at:

AARON CHARLES BURTON
T.D.C. # 01935407
T.D.C.J. I.D. HOLLIDAY TRANSFER UNIT
295 IH - 45 NORTH
HUNTSVILLE, TX  77320 - 8443

**RESPECTFULLY SUBMITTED,**

Tony Aninao, Attorney
1001 Texas, Suite 1400
Houston, Texas 77002
Texas Bar No. 01264500
**(Voicemail & paging):**
713-203-9903
**(E-mail)** taninao@hotmail.com

**CERTIFICATE OF SERVICE**

I, Tony Aninao, do hereby certify that a true and correct copy of the foregoing instrument has been delivered to opposing counsel via electronic service **AND ALSO** by placing a copy of same in the box reserved for the District Attorney of Harris County, Texas, located at the office of the Clerk of the Court of Appeals, 201 Fannin, Houston, TX 77002 _____/_____day of ____MAY____, 2015.

TONY ANINAO

page 3